993 So.2d 636 (2008)
Daniel O'SHEA, Appellant,
v.
PROGRESS ENERGY and Broadspire, Appellees.
No. 1D07-3278.
District Court of Appeal of Florida, First District.
November 5, 2008.
Charles H. Leo, Orlando; Richard W. Ervin, III, of Fox & Loquasto, Tallahassee, for Appellant.
Thomas A. Moore and Deborah L. Zeitler of Moore, Peterson & Zeitler, Orlando; Mary Ann Stiles and Robert Grace of Stiles, Taylor & Grace, P.A., Tampa; Rayford H. Taylor of Stiles, Taylor & Grace, P.A., Atlanta, GA, for Appellees.
PER CURIAM.
REVERSED and REMANDED. See Murray v. Mariner Health, ___ So.2d ___, 2008 WL 4659381 (Fla. Oct. 23, 2008).
BARFIELD, ALLEN, and THOMAS, JJ., concur.